UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE OF CALIFORNIA, and<br>SUPERIOR COURT OF CALIFORNIA,<br>RIVERSIDE,<br><br>        Defendants. | Case No. 14-cv-00975-WHO (PR)<br><br>**ORDER OF TRANSFER** |

This federal civil rights action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Riverside County, which is in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 10, 2014

                                                WILLIAM H. ORRICK<br>                                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBEY HAIRSTON,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV14-00975 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Robey Kurt Hairston A50636
Wasco State Prison
Facility H Bldg: 4 Cell: 183Y
P.O. Box 9900
Wasco, CA 93280

Dated: April 10, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk